```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS individually, and on behalf of all other similarly situated,

                Plaintiff,

-against-

PURE SEASONS, INC,

                Defendant.

1:22-cv-00130 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Parties are directed to appear for a conference in this matter on April 20, 2022 at 10:00am.  The conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.

**SO ORDERED.**

**Date: April 5, 2022**
      **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**