```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS,

                Plaintiff,

     -against-

PURE SEASONS, INC.,

                Defendant.

1:22-cv-130

ORDER

MARY KAY VYSKOCIL, United States District Judge:

     On April 20, 2022, the Court held a telephonic hearing with counsel for Plaintiff Yensy Contreras and individual employees on behalf of the unrepresented Defendant Pure Seasons, Inc. At the hearing, the Court discussed with Plaintiff certain issues identified by individual employees of the Defendant with service of the summons and complaint. Following the hearing, the Court entered an order directing the Plaintiff to serve the Defendant and file proof of service on the docket on or before May 20, 2022. [ECF No. 16]. Plaintiff then filed a certificate of service of the Court's April 20 Order on the docket. [ECF No. 17]. To date, however, Plaintiff has not filed proof of service of summons and complaint as discussed at the conference and directed in the April 20 Order.

     Accordingly, IT IS HEREBY ORDERED that the Plaintiff shall serve the summons and complaint on the Defendant and file proof of service of the same on or before June 10, 2022. If service has not been made by that date, and if plaintiff fails to show cause, in writing, why service has not been made, the complaint will be dismissed for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

**Date:  May 26, 2022**
       **New York, NY**

                                                    _____
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**